**Arthur O. KLEIN, and all other persons similarly situated, Plaintiffs-Appellants,**

v.

**BERKELEY BUILDING ASSOCIATES et al., Defendants-Appellees.**

**No. 2–11.**

Temporary Emergency Court of Appeals, March 29, 1974.

Rehearing Denied April 29, 1974.

Sheldon V. Burman, New York City, for plaintiffs-appellants.

Stephen Schlakman, Wien, Lane & Malkin, New York City, for defendants-appellees.

Before HASTIE, ANDERSON and HASTINGS, Judges.

### ORDER OF AFFIRMANCE UNDER RULE 28

HASTIE, Judge.

The court having considered the record, briefs and oral arguments on this appeal and having found no reversible error in the decision of the District Court, the judgment is affirmed.